# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GARY L. SPEARS** | : | **CIVIL NO. 21-cv-1868** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF SULPHUR** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 16] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute and failure to follow the rules and orders of this Court.

**THUS DONE AND SIGNED** in Chambers this 3rd day of March, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**